[No. 30194-2-I. Division One. March 28, 1994.]

*In the Matter of the Marriage of* BEVERLY SHEFFER, *Appellant, and* ALFRED SHEFFER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88-3-02011-0, James J. Dore, J. Pro Tem., entered February 24, 1992. *Affirmed* by unpublished opinion per

Pekelis, A.C.J., concurred in by Baker, J., Kennedy, J., dissenting.